### James T. ADAMS and Nina Adams, Respondents,

v.

### Ray SMITH d/b/a Ray Smith Construction, Appellant.

#### No. WD 58927.

Missouri Court of Appeals, Western District.

June 19, 2001.

Jerold L. Drake, Grant City, for appellant.

Respondents acting pro se.

Before THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM:

Ray Smith appeals from a judgment against him based on his status as an independent contractor in the construction of a house. While the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order, a written opinion reciting the detailed facts and restating the principles of law would have no precedential value. We affirm. Rule 84.16(b).